# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1709
Lower Tribunal No. 22-3228-CA-01
_____

**Jeff Stubins, PA**,
Appellant,

vs.

**George C. Busher, Jr., et al.**,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Weissman & Dervishi, P.A., and Peter A. Tappert, for appellant.

Agentis PLLC, and Javier J. Rodriguez and Izabella Mojica, for appellees.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Real Capital Partners, LLC v. Alhambra Ctr. Int'l, Ltd., 390 So. 3d 241 (Fla. 3d DCA 2024); Esslinger-Wooten-Maxwell, Inc. v. Lones Fam. Ltd. P'ship, 298 So. 3d 1176 (Fla. 3d DCA 2020).